Order filed December 3, 2015



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00248-CV

_____

**TNC ENERGY, LLC; TOMMY WEDER, JR.; AND TOMMY WEDER, SR., Appellants**

**V.**

**CRESCENT SUPPLY COMPANY, Appellee**

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 10328-D**

### O R D E R

TNC Energy, LLC; Tommy Weder, Jr.; and Tommy Weder, Sr. timely filed a restricted appeal from a final default judgment signed by the trial judge on April 10, 2015. Appellants have now filed in this court a notice of bankruptcy. *See* TEX. R. APP. P. 8.1. The notice indicates that an involuntary petition was filed under Chapter 7 of the United States Bankruptcy Code against TNC Energy, LLC

by some of TNC's creditors. The notice complies with TEX. R. APP. P. 8.1. Therefore, pursuant to TEX. R. APP. P. 8.2, we abate this appeal. The parties are requested to inform this court of the resolution of the bankruptcy proceedings or any other event that would allow this appeal to be reinstated. *See* TEX. R. APP. P. 8.3.

This appeal is abated.

PER CURIAM

December 3, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.